810

No. 96. RESERVE LIFE INSURANCE CO. *v.* BOWERS, TAX COMMISSIONER OF OHIO. Appeal from the Supreme Court of Ohio. Probable jurisdiction noted. *Harris K. Weston* and *William E. Miller* for appellant. *William B. Saxbe*, Attorney General of Ohio, and *Daronne R. Tate*, Assistant Attorney General, for appellee.

No. 115. WARREN TRADING POST CO. *v.* ARIZONA TAX COMMISSION ET AL. Appeal from the Supreme Court of Arizona. Probable jurisdiction noted. *Edward Jacobson* for appellant. *Solicitor General Cox, Stephen J. Pollak* and *Roger P. Marquis* for the United States, as *amicus curiae*, in support of appellant.

No. 178. FORTSON, SECRETARY OF STATE OF GEORGIA *v.* DORSEY ET AL. Appeal from the United States District Court for the Northern District of Georgia. Probable jurisdiction noted. *Eugene Cook*, Attorney General of Georgia, and *Paul Rodgers*, Assistant Attorney General, for appellant. *Edwin F. Hunt* and *Charles A. Moye, Jr.*, for appellees.

No. 360. HARMAN ET AL. *v.* FORSSENIUS ET AL. Appeal from the United States District Court for the Eastern District of Virginia. Probable jurisdiction noted. *Robert Y. Button*, Attorney General of Virginia, *Richard N. Harris*, Assistant Attorney General, *Joseph C. Carter, Jr.*, and *E. Milton Farley III* for appellants. *L. S. Parsons, Jr.*, and *H. E. Widener, Jr.*, for appellees.